**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)                                            Case Number **13–18678**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/1/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edward P. Komperda
C/O Mark Komperda
2925 Lincoln
Riverside, IL 60546

| | |
|---|---|
| Case Number:  13–18678<br>Office Code:    1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–9097 |
| Attorney for Debtor(s) (name and address):<br>David P Lloyd<br>David P. Lloyd, Ltd.<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525<br>Telephone number: 708 937–1264 | Bankruptcy Trustee (name and address):<br>Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603<br>Telephone number: 312 294–5900 |

## Meeting of Creditors:

Date: **July 8, 2013**                            Time: **01:00 PM**

Location: **55 East Monroe, Suite 3850, Chicago, IL 60603**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **10/7/13**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **10/28/13**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **July 29, 2013**, Time: **10:30 AM**, Location: **219 South Dearborn, Courtroom 680, Chicago, IL 60604**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 3500.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/6/13**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: May 2, 2013 |

# EXPLANATIONS
B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-18678-JPC
Edward P. Komperda                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ajauregui            Page 1 of 3                  Date Rcvd: May 02, 2013
                              Form ID: b9i               Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2013.
```
db         +Edward P. Komperda,    C/O Mark Komperda,    2925 Lincoln,    Riverside, IL 60546-1659
20431138    Advanced Renal Care LTD,    PO Box 967,    Tinley Park, IL 60477-0967
20431139    Adventist Hinsdale Hospital,    75 Remittance Drive, Suite 3250,    Chicago, IL 60675-3250
20431143    Associates in Infectious Disease,    777 Oakmont Lane, Suite 1600,    c/o KLO Professional Billing,
             Westmont, IL 60559-5577
20431147    Baker & Miller, P.C.,    29 N. Wacker Drive,    Suite 500,    Chicago, IL 60606-2854
20431151   +Blitt and Gaines,    661 W. Glenn Ave.,    Wheeling, IL 60090-6017
20431155    Chase Bank U.S.A., N.A.-Slate Card,    CardMember Service,    Wilmington, DE 19886-5153
20431158    Chateau Village Nursing,    & Rehabilitation Center,    7050 W. Madison St.,
             Willowbrook, IL 60527-5548
20431161    Cimpar, S.C.,    111 Superior St., Ste. 104,    Melrose Park,, IL
20431163   +City of Berwyn,    PO Box 438495,    Chicago, IL 60643-8495
20431164    City of Chicago,    Department of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
20431165    Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
20431167    DCM Services, LLC,    7601 Penn Ave., S,    Suite A600,    Minneapolis, MN 55423-5004
20431170   +Drs. Bonet & Doyle,    Sean P. Gocke DPM,    1415 W. 47th St.,    La Grange, IL 60525-6149
20431171    Emergency Healthcare Phys,    39182 Treasury Center,    Chicago, IL 60694-9100
20431173   +GM-HSBC Card Services,    PO Box 1099,    Baltimore, MD 21203
20431176    Hinsdale Orthopaedics,    PO Box 914,    La Grange, IL 60525-0914
20431177   +I. DESAI & R. Gokani, M.D., SC,    5909 W. 35th Street,    Cicero, 60804-4181
20431178    Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
20431179    Illinois Laboratory Medicine Assoc.,    PO Box 5966,    Carol Stream, IL 60197-5966
20431181   +Lucas Ambulance Services,    PO Box 101,    Lyons, IL 60534-0101
20431188   +MPS KOHLI MD SC,    PO Box 970,    Matteson, IL 60443-0970
20431189   +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
20431182    MacNeal Hospital,    2384 Paysphere Circle,    Chicago, IL 60674-0023
20431183   +Malcolm S. Gerald & Assoc., Inc.,    332 S. Michigan Ave., Ste 600,    Chicago, IL 60604-4318
20431185   +Mary J. Raleigh,    Attorney at Law,    1011 Lake Street, Ste. 423,    Oak Park, IL 60301-1129
20431186   +Merchants' Credit Guide Co.,    223 W. Jackson Blvd., #400,    Chicago, IL 60606-6974
20431187    Metropolitan Advanced,    Radiological Services, Ltd.,    1362 Paysphere Circle,
             Chicago, IL 60674-1362
20431190   +NCB Management Services Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
20431192    Neurologic Care Assoc., PC,    PO Box 36174,    Chicago, IL 60694-0001
20431193    Northstar Location Services, LLC,    Attn: Financial Services Dept.,    4285 Genesee St.,
             Buffalo, NY 14225-1943
20431196    PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
20431194    Platinum Care Ambulance,    PO Box 2553,    Naperville, IL 60567-2553
20431195    Platinum Care Inc.,    PO Box 2553,    Naperville, IL 60567-2553
20431197   +Potestivo & Assoc, P.C.,    223 W. Jackson Blvd.,    Suite 610,    Chicago, IL 60606-6911
20431198    Quest Diagnostics,    P.O. Box 809403,    Chicago, IL 60680-9403
20431199   +RBS Citizens, N.A.,    c/o Fisher & Shapiro,    2121 Waukegan Rd., Suite 301,
             Bannockburn, IL 60015-1831
20431200   +RBS Citizens, N.A.,    c/o Potestivo & Associates, P.C.,    223 W. Jackson Blvd., Suite 610,
             Chicago, IL 60606-6911
20431201    Stephen Sokalski, DO LTD.,    777 Oakmont Lane, Ste 1600,    c/o KLO Professional Billing,
             Westmont, IL 60559-5577
20431202   +Stillpoint Mental Health,    201 E. Ogden Ave., Ste 116,    Hinsdale, IL 60521-3655
20431203    Suburban Radiologists SC,    1446 Momentum Place,    Chicago, IL 60689-5314
20431204   +Superior Air-Ground Ambulance Servi,    395 W. Lake Street,    Elmhurst, IL 60126-1508
20431206    Superior Air-Ground Ambulance Servi,    PO Box 1407,    Elmhurst, IL 60126-8407
20431205   +Superior Air-Ground Ambulance Servi,    PO Box 147,    Elmhurst, IL 60126-0147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: courtdocs@davidlloydlaw.com May 03 2013 00:30:58     David P Lloyd,
             David P. Lloyd, Ltd.,    615B S. LaGrange Rd.,    LaGrange, IL 60525
tr         +E-mail/Text: 341NOTICE@TVCH13.NET May 03 2013 00:35:56     Tom Vaughn,
             55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5713
ust        +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 03 2013 00:38:37     Patrick S Layng,
             Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,    Chicago, IL 60604-2027
20431144    EDI: CITICORP.COM May 03 2013 01:10:00      AT & T Universal Card-Citi,    Processing Center,
             Des Moines, IA 50363-0001
20431146    EDI: CITICORP.COM May 03 2013 01:10:00      AT&T Universal Card-Citi Bank,    Processing Center,
             Des Moines, IA 50363-0001
20431140    EDI: AMEREXPR.COM May 03 2013 01:10:00      American Express,    Optima-Platinum Card,    Box 0001,
             Los Angeles, CA 90096-8000
20431141    EDI: AMEREXPR.COM May 03 2013 01:10:00      American Express,    US Payment Florida,
             2965 W. Corporate Lakes Blvd.,    Fort Lauderdale, FL 33331-3626
20431142    EDI: AMEREXPR.COM May 03 2013 01:10:00      American Express-Blue Card,    Box 0001,
             Los Angeles, CA 90096-8000
20431145    EDI: CINGMIDLAND.COM May 03 2013 01:13:00      At&T Mobility,    PO Box 6416,
             Carol Stream, IL 60197-6416
20431148    EDI: BANKAMER.COM May 03 2013 01:11:00      Bank of America,    P.O. Box 851001,
             Dallas, TX 75285-1001
```

```
District/off: 0752-1           User: ajauregui            Page 2 of 3            Date Rcvd: May 02, 2013
                               Form ID: b9i               Total Noticed: 71

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20431149      EDI: BANKAMER.COM May 03 2013 01:11:00      Bank of America-Visa Signature,   P.O. Box 851001,
              Dallas, TX 75285-1001
20431150      EDI: BANKAMER.COM May 03 2013 01:11:00      Bank of America-World Points,   P.O. Box 851001,
              Dallas, TX 75285-1001
20431152      EDI: CAPITALONE.COM May 03 2013 01:10:00    Capital One,   PO Box 6492,
              Carol Stream, IL 60197-6492
20431154      EDI: CHASE.COM May 03 2013 01:09:00         Chase,   Card Member Service,   P.O. Box 15153,
              Wilmington, DE 19886-5153
20431153      EDI: CHASE.COM May 03 2013 01:09:00         Chase,   Cardmember Service,   Po Box 15153,
              Wilmington, DE 19886-5153
20431156      EDI: CHASE.COM May 03 2013 01:09:00         Chase-AARP,   CardMember Service,
              Wilmington, DE 19886-5153
20431157      EDI: CHASE.COM May 03 2013 01:09:00         Chase-National Geographic,   CardMember Service,
              PO Box 15153,   Wilmington, DE 19886-5153
20431160     +E-mail/Text: collections@bluelynxmedia.com May 03 2013 00:39:51      Chicago Tribune,
              435 N. Michigan Ave.,   Chicago, IL 60611-4024
20431162      EDI: CITICORP.COM May 03 2013 01:10:00      Citi Cards,   Processing Center,
              Des Moines, IA 50363-0001
20431166     +EDI: CCS.COM May 03 2013 01:13:00           Credit Collection Services,   Two Wells Avenue,
              Newton Center, MA 02459-3246
20431168      EDI: DISCOVER.COM May 03 2013 01:09:00      Discover,   PO Box 6103,   Carol Stream, IL 60197-6103
20431169      EDI: DISCOVER.COM May 03 2013 01:09:00      Discover Card,   PO Box 6103,
              Carol Stream, IL 60197-6103
20431172      EDI: BANKAMER.COM May 03 2013 01:11:00      FIA Card Services - Regions,   P.O. Box 851001,
              Dallas, TX 75285-1001
20431174     +E-mail/Text: dsolideo@glc-law.com May 03 2013 00:37:47      Grabowski Law Center, LLC,
              1400 E. Lake Cook Rd., Ste.110,   Buffalo Grove, IL 60089-1865
20431175      E-mail/Text: tkowalczyk@heartcc.com May 03 2013 00:36:06      Heart Care Centers of IL,
              PO Box 766,   Bedford Park, IL 60499-0766
20431180      EDI: IRS.COM May 03 2013 01:11:00           Internal Revenue Service,
              Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, PA 19101-7346
20431191      E-mail/Text: bankruptcydepartment@ncogroup.com May 03 2013 00:39:31
              NCO Financial Systems, Inc.,   P.O. Box 15773,   Wilmington, DE 19850-5773
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20431159*     Chateau Village Nursing &,   Rehabilitation Center,   7050 W. Madison Street,
              Willowbrook, IL 60527-5548
20431184*    +Malcolm S. Gerald & Assoc., Inc.,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2013**            **Signature:**            *Joseph Speetjens*

```
District/off: 0752-1          User: ajauregui          Page 3 of 3          Date Rcvd: May 02, 2013
                              Form ID: b9i             Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2013 at the address(es) listed below:
          David P Lloyd    on behalf of Debtor Edward P. Komperda courtdocs@davidlloydlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                                                                        TOTAL: 3

Case 13-18678   Doc 9   Filed 05/02/13   Entered 05/04/13 23:33:04   Desc Imaged
Certificate of Notice   Page 5 of 5