UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: Edward P Komperda )   Case No. 13 B 18678
                       )
              Debtor   )   Chapter 13
                       )
                       )   Judge: JACQUELINE P COX

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor on May 02, 2013, as modified by the amendment filed on _____ having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN HEREBY CONFIRMED.

All property of the estate, as specified in 11 U.S.C. §§ 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

ENTER:

DATED: AUG 19 2013

J. Cox
JUDGE

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $180.00 | 35 | 10% |
| $195,000.00 | 1 | |