UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: Edward P. Komperda

        Debtor,        Case No. 13-18678
                              Chapter 13
                              Hon Jacqueline P. Cox

_____/

## NOTICE OF HEARING

TO:   Edward P. Komperda               David P. Lloyd
       C/O Mark Komperda 2925 Lincoln  Attorney for Debtor
       Riverside, IL 60546                615B S. LaGrange Rd.
                                                  LaGrange, IL 60525

       Tom Vaughn                          Patrick S. Layng
       Chapter 7 Trustee                 219 S. Dearborn, Room 873
       55 E. Monroe Street, Ste. 3850    Chicago, IL 60604
       Chicago, IL 60603

PLEASE TAKE NOTICE that Charter One Bank, N.A.'s Combined Motion to Dismiss and Motion for Relief and Co-Debtor Relief from the Automatic Stay shall be brought on for hearing at 9:00 a.m. on **October 21, 2013** or as soon thereafter as counsel may be heard before the Honorable Judge Jacqueline P. Cox at:

       219 South Dearborn Street, Chicago, IL 60604, Courtroom 680

                                       Respectfully submitted,

                                       **WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: October 4, 2013               By: /s/ Monette Cope
                                            Monette Cope
                                            180 N. LaSalle Street, Suite 2400
                                            Chicago, IL 60601
                                            Phone: 312-253-9624
                                            ARDC #6198913
                                            Attorney for Creditor

WWR# 20271936

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: Edward P. Komperda

Debtor,

Case No. 13-18678
Chapter 13
Hon. Jacqueline P. Cox

_____/

**COMBINED MOTION TO DISMISS
AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND CO-DEBTOR STAY AS TO MARY KOMPERDA
AND TO WAIVE FOURTEEN-DAY STAY PURSUANT TO RULE 4001(a)(3)**

Now comes Charter One Bank, N.A., by and through its attorneys, Weltman, Weinberg & Reis Co. L.P.A., and states the following as its Motion for Relief from Automatic Stay as to debtor and its Motion for Relief from Co-Debtor Stay as to Mary Komperda:

1. This action is commenced pursuant to 11 U.S.C. § 361, 362, 363, and 1301(c) and other Sections of Title 11 of the Bankruptcy Code.

2. Debtor, Edward P. Komperda, filed a petition under 11 U.S.C., Chapter 13, on May 1, 2013.

3. On January 28, 2005, the Debtor herein did execute and deliver to the Creditor a certain Credit Line Agreement and Mortgage in the amount of $200,000.00 (Exhibit A), secured by a mortgage on 45 LONGCOMMON, RIVERSIDE, IL 60546 (Exhibit B).

4. Pursuant to the provisions of 11 U.S.C. § 362(a) and §1301(a), the filing of the Debtor's petition operates as an automatic stay against Charter One Bank, N.A.'s rights as a secured creditor to proceed against Debtor and Co-Debtor and his or her property.

5. There remains due and owing on the Credit Line Agreement and Mortgage referenced in paragraph three hereof, the sum of $209,312.01 plus interest.

6. The property is valued at $325,000.00 and encumbered by other liens in the amount of $51,000 according to the schedules.

7. Creditor has not been adequately protected by periodic payments or otherwise since the filing of the Debtor's petition and there are arrearages of $8,614.35 as of the date of the

filing of this motion, for the months of November 2011 through September 2013 plus late charges.

8. Creditor is entitled to deal directly with the co-debtor responsible for paying the debt without the disturbance of the automatic stays described above. As such, the co-debtor stay must be terminated under 11 U.S.C. §1301(c)(1), (2), and (3).

9. Continuation of the automatic stay and co-debtor stay will work real and irreparable harm to Charter One Bank, N.A. and will deprive it of the adequate protection to which it is entitled.

11. Charter One Bank, N.A. is entitled to relief from stay and co-debtor stay to recover possession of the property and liquidate its security interest.

12. Charter One Bank, N.A. specifically requests that the fourteen-day stay pursuant to Rule 4001(a)(3) prior to enforcement of the order requested herein be waived; such grace period is designed solely for appeal purposes, and an appeal in this matter would be frivolous and without merit.

13. In the Alternative, dismissal is appropriate under 11 U.S.C. § 1307 (c)(6), as the default to Movant constitutes a material default with respect to a term of the confirmed plan.

WHEREFORE, Charter One Bank, N.A. prays this honorable Court Order that the automatic stay and co-debtor stay be lifted so as to permit Charter One Bank, N.A. to proceed to enforce its security interest in the property.

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: October 4, 2013

By: /s/ Monette Cope
Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
312-253-9624
ARDC # 6198913
Attorney for Creditor
Charter One Bank, N.A.

## PROOF OF SERVICE

Creditor Charter One Bank, N.A. filed a Combined Motion to Dismiss and Motion for Relief and Co-Debtor Relief from the Automatic Stay. All parties were served a copy of the motion on October __8__, 2013. The Motion was served upon Debtor(s) by depositing the same in the U.S. Mail at 2155 Butterfield Dr., Ste. 200-S, Troy, MI 48084 postage prepaid addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

Edward P. Komperda
C/O Mark Komperda
2925 Lincoln
Riverside, IL 60546

David P. Lloyd
Attorney for Debtor
615B S. LaGrange Rd.
LaGrange, IL 60525

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Ste. 3850
Chicago, IL 60603

Mary Komperda
2925 Lincoln
Riverside, IL 60546

                                          Respectfully submitted,

                                          **WELTMAN, WEINBERG & REIS CO., L.P.A.**

                                          By: /s/ Patricia Florkey
                                              Patricia Florkey
                                              Legal Assistant