UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Edward P. Komperda<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-18678<br><br>Chapter:  13<br>Honorable Jacqueline Cox |

**ORDER GRANTING MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AND WAIVING THE
FOURTEEN-DAY STAY PURSUANT TO RULE 4001(a)(3)**

The Court finding that a Motion for Relief from the Automatic Stay has been filed by Creditor, Charter One Bank, N.A., in the above entitled matter; and

The Court having noted that Creditor Charter One Bank, N.A. has complied with applicable provisions of Fed. R. Bankr. P. 9013(c) & 4001(a)(1), and

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay as to Charter One Bank, N.A. is hereby granted.

IT IS FURTHER ORDERED that the Automatic Stay as to Charter One Bank, N.A.'s lien interest in 45 LONGCOMMON, RIVERSIDE, IL 60546 is lifted and Charter One Bank, N.A. is permitted to enforce its security interest and liquidate the property.

IT IS FURTHER ORDERED that the fourteen-day stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

Enter:

*/s/ Jacqueline P. Cox/*

Dated: DEC 16 2013

United States Bankruptcy Judge

**Prepared by:**
Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
Phone: 312-253-9624
ARDC #6198913
Attorney for Creditor

Rev: 20130104_bko