### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Edward P. Komperda | ) | Bankruptcy No. 13 B 18678 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge Jacqueline P. Cox |
| | ) | |

To:    See Attached List

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **January 13, 2014,** at the hour of 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Jacqueline P. Cox in Courtroom 680 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in her place and stead, and shall then and there present the attached **Debtor's Motion to Sell Real Estate**, a copy of which is hereby served upon you. You may appear if you so choose.

> David P. Lloyd
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

### CERTIFICATE OF SERVICE

    I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 27th day of December, 2013.

> _____/s/ David P. Lloyd_____
> David P. Lloyd

Service List
Edward Komperda, Debtor
Case 13-18678

Charter One Bank, N.A.
Weltman, Weinberg, & Reis
180 N. LaSalle St., Ste. 2400
Chicago, IL 60601-2704

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AT & T Universal Card-Citi
Processing Center
Des Moines, IA 50363-0001

AT&T Mobility II LLC
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A231
Bedminster, NJ 07921-2693

AT&T Universal Card-Citi Bank
Processing Center
Des Moines, IA 50363-0001

Advanced Renal Care LTD
PO Box 967
Tinley Park, IL 60477-0967

Adventist Hinsdale Hospital
75 Remittance Drive, Suite 3250
Chicago, IL 60675-3250

American Express
Optima-Platinum Card
Box 0001
Los Angeles, CA 90096-8000

American Express
US Payment Florida
2965 W. Corporate Lakes Blvd.
Fort Lauderdale, FL 33331-3626

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express-Blue Card
Box 0001
Los Angeles, CA 90096-8000

Associates in Infectious Disease
777 Oakmont Lane, Suite 1600
c/o KLO Professional Billing
Westmont, IL 60559-5577

At&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416

Baker & Miller, P.C.
29 N. Wacker Drive
Suite 500
Chicago, IL 60606-3227

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America-Visa Signature
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America-World Points
P.O. Box 851001
Dallas, TX 75285-1001

Blitt and Gaines
661 W. Glenn Ave.
Wheeling, IL 60090-6017

CERASTES, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Charter One
443 Jefferson Blvd
RJW135
Warwick RI 02886-1321

Chase
Card Member Service
P.O. Box 15153
Wilmington, DE 19886-5153

Chase
Cardmember Service
Po Box 15153
Wilmington, DE 19886-5153

Chase Bank U.S.A., N.A.-Slate Card
CardMember Service
Wilmington, DE 19886-5153

Chase-AARP
CardMember Service
Wilmington, DE 19886-5153

Chase-National Geographic
CardMember Service
PO Box 15153
Wilmington, DE 19886-5153

Chateau Village Nursing
& Rehabilitation Center
7050 W. Madison St.
Willowbrook, IL 60527-5548

Chateau Village Nursing & Rehab Center
c/o Grabows Law Center, LLC
1400 East Lake Cook Road,
Suite 110
Buffalo Grove IL 60089-1865

| | | |
|---|---|---|
| Chicago Tribune<br>435 N. Michigan Ave.<br>Chicago, IL 60611-4024 | Cimpar, S.C.<br>111 Superior St., Ste. 104<br>Melrose Park,, IL | Citi Cards<br>Processing Center<br>Des Moines, IA 50363-0001 |
| City of Berwyn<br>PO Box 438495<br>Chicago, IL 60643-8495 | City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | City of Chicago Department of Revenue<br>c/o Arnold Scott Harris PC<br>111 W. Jackson suit 600<br>Chicago, IL 60604-3517 |
| Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3246 | DCM Services, LLC<br>7601 Penn Ave., S<br>Suite A600<br>Minneapolis, MN 55423-5004 |
| Discover<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 |
| Drs. Bonet & Doyle<br>Sean P. Gocke DPM<br>1415 W. 47th St.<br>La Grange, IL 60525-6149 | Emergency Healthcare Phys<br>39182 Treasury Center<br>Chicago, IL 60694-9100 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| FIA Card Services - Regions<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | GM-HSBC Card Services<br>PO Box 1099<br>Baltimore, MD 21203 | Grabowski Law Center, LLC<br>1400 E. Lake Cook Rd., Ste.110<br>Buffalo Grove, IL 60089-1865 |
| Heart Care Centers of IL<br>PO Box 766<br>Bedford Park, IL 60499-0766 | Hinsdale Orthopaedics<br>PO Box 914<br>La Grange, IL 60525-0914 | I. DESAI & R. Gokani, M.D., SC<br>5909 W. 35th Street<br>Cicero,  60804-4181 |
| Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A231<br>Bedminster, NJ 07921-2693 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Illinois Laboratory Medicine Assoc.<br>PO Box 5966<br>Carol Stream, IL 60197-5966 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jefferson Capital Systems LLC<br>Purchased From GLOBAL ACCEPTANCE CREDIT<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br>Orig By: CHASE BANK USA | Lucas Ambulance Services<br>PO Box 101<br>Lyons, IL 60534-0101 |
| MPS KOHLI MD SC<br>PO Box 970<br>Matteson, IL 60443-0970 | MRS BPO, LLC<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | MacNeal Hospital<br>2384 Paysphere Circle<br>Chicago, IL 60674-0023 |

Malcolm S. Gerald & Assoc., Inc.
332 S. Michigan Ave., Ste 600
Chicago, IL 60604-4318

Mary J. Raleigh
Attorney at Law
1011 Lake Street, Ste. 423
Oak Park, IL 60301-1129

Merchants' Credit Guide Co.
223 W. Jackson Blvd., #400
Chicago, IL 60606-6974

Metropolitan Advanced
Radiological Services, Ltd.
1362 Paysphere Circle
Chicago, IL 60674-1362

NCB Management Services Inc.
PO Box 1099
Langhorne, PA 19047-6099

NCO Financial Systems, Inc.
P.O. Box 15773
Wilmington, DE 19850-5773

Neurologic Care Assoc., PC
PO Box 36174
Chicago, IL 60694-0001

Northstar Location Services, LLC
Attn: Financial Services Dept.
4285 Genesee St.
Buffalo, NY 14225-1943

PNC Bank
PO Box 856177
Louisville, KY 40285-6177

Platinum Care Ambulance
PO Box 2553
Naperville, IL 60567-2553

Platinum Care Inc.
PO Box 2553
Naperville, IL 60567-2553

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Potestivo & Assoc, P.C.
223 W. Jackson Blvd.
Suite 610
Chicago, IL 60606-6911

Quest Diagnostics
P.O. Box 809403
Chicago, IL 60680-9403

RBS Citizens, N.A.
10561 Telegraph Road,
Glen Allen, VA 23059-4577

RBS Citizens, N.A.
c/o Fisher & Shapiro
2121 Waukegan Rd., Suite 301
Bannockburn, IL 60015-1831

RBS Citizens, N.A.
c/o Potestivo & Associates, P.C.
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606-6911

Stephen Sokalski, DO LTD.
777 Oakmont Lane, Ste 1600
c/o KLO Professional Billing
Westmont, IL 60559-5577

Stillpoint Mental Health
201 E. Ogden Ave., Ste 116
Hinsdale, IL 60521-3655

Suburban Radiologists SC
1446 Momentum Place
Chicago, IL 60689-5314

Superior Air-Ground Ambulance Servi
395 W. Lake Street
Elmhurst, IL 60126-1508

Superior Air-Ground Ambulance Servi
PO Box 1407
Elmhurst, IL 60126-8407

Superior Air-Ground Ambulance Servi
PO Box 147
Elmhurst, IL 60126-0147

The Bureaus, Inc.
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

Edward P. Komperda
C/O Mark Komperda
2925 Lincoln
Riverside, IL 60546-1659

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5713

# Mailing Information for Case 13-18678

Electronic Mail Notice List

The following is the list of <u>parties</u> who are currently on the list to receive email notice/service for this case.

- Monette W Cope    ecfnil@weltman.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com
- Timothy S. McFadden    tmcfadden@btlaw.com
- Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| Edward P. Komperda ) | Bankruptcy No. 13 B 18678 |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Judge Jacqueline P. Cox |
| ) | |

## DEBTOR'S MOTION TO SELL REAL ESTATE

NOW COMES the Debtor, Edward P. Komperda, by and through his attorneys, David P. Lloyd, Ltd., and move this honorable Court for authority to sell property of the estate, and in support thereof state as follows:

1. The Debtor commenced this case by filing a voluntary Chapter 13 petition on May 1, 2013.

2. The Debtor own the real estate commonly known as 1245 N. California, Chicago, Illinois, a six-unit rental property (the "Property"). The Debtor properly scheduled the property as an asset in Schedule A. The value of the property was scheduled at $200,000, and the property is free and clear of liens (other than real estate taxes).

3. The Debtor wishes to sell the Property and has entered into a contract for the sale of the property for $400,000.00, exactly double the scheduled value of the Property. A copy of the Contract is attached hereto as Exhibit "A."

4. The Debtor believes that the $400,000 purchase price under the proposed Contract is a fair and reasonable price for the subject property.

5. The Debtor's confirmed plan provides for turnover of all net proceeds of the sale of the Property to the Trustee. The Debtor intends to provide a closing statement to the Trustee along with

payment of the net proceeds.

6. The closing date under the contract is January 15, 2014. The Debtor has provided notice of this motion to all creditors and parties in interest. In order to have the sale approved in time to meet the closing date under the contract, the Debtor requests that notice actually given be deemed sufficient, and that the automatic stay provision of Rule 6004(h) be waived.

WHEREFORE the Debtor prays for authority to sell the property commonly known as 1245 N. California, Chicago, Illinois, pursuant to the attached contract, to take all steps necessary to close the sale of the subject property, and to pay the broker's commission, liens, and all customary expenses and prorations at closing.

        Respectfully submitted,
        Edward P. Komperda

        By:___/s/ David P. Lloyd_____
            One of his attorneys

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265