UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Edward P. Komperda<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  13-18678<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

*Agreed* **ORDER VACATING ORDER FOR RELIEF FROM CO-DEBTOR STAY**

THIS CAUSE coming on to be heard on the Debtor's motion to vacate order modifying co-debtor stay, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Court's Order of December 16, 2013, for relief from the co-debtor stay (Docket #36), be vacated. The motion for relief from co-debtor stay is reinstated and set for further hearing on February 3, 2014, at 10:00 A.M.

Enter:

J. Cox     *Jacqueline P. Cox*

United States Bankruptcy Judge

Dated: 1-23-14

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265