UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-18678 |
| Edward Komperda | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DELAYING DISTRIBUTION BY TRUSTEE

THIS CAUSE coming on to be heard on the Debtor's motion to delay distribution by the Trustee, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Trustee shall delay distribution of all funds held by the Trustee until the Debtor's Motion to Modify Confirmed Plan has been resolved.

Enter:  *Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge

Dated: FEB 2 4 2014

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

Rev: 20120501_bko