UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-18678 |
| Edward Komperda | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CONFIRMED PLAN

THIS CAUSE coming on to be heard on the Debtor's motion to modify the confirmed plan, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that the confirmed plan is modified as follows:

1. The funds paid to the Trustee to date will be applied as follows: First, to the Trustee's fees; second, to pay the first mortgage claim of RBS Citizens Bank, N.A., on the Debtor's residence, in full; third, to pay the second mortgage claim of RBS Citizens Bank, N.A., on the Debtor's residence, in full; and fourth, to make a pro rata distribution to holders of allowed general unsecured claims. Any claim to which the Debtor has objected will not be paid until such objection is resolved by the Court.

2. The Debtor's obligation to make adequate protection payments to RBS Citizens Bank, N.A., on account of its first and second mortgages on the Debtor's residence shall cease upon entry of this Order.

3. The Debtor shall continue to be obligated to pay the $180.00/month plan payment to the Trustee.

Enter: *Jacqueline P. Cox*
       J. Cox

Dated: MAR - 3 2014

United States Bankruptcy Judge

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

Rev: 20120501_bko