UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Edward P. Komperda<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-18678<br><br>Chapter:  11<br>Honorable Jacqueline Cox |

## ORDER DISALLOWING CLAIM NO. 12-2

THIS CAUSE coming on to be heard on the objection of the Debtor, Edward P. Komperda, to Claim No. 12-2 filed by Citizen Bank, N.A., f/k/a RBS Citizens, N.A., due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that Claim No. 12-2 filed by Citizen Bank, N.A., f/k/a RBS Citizens, N.A., be disallowed in full. Claim No. 12-1 of RBS Citizens, N.A., having been paid in full by the Trustee, the claim of Citizen Bank, N.A., f/k/a RBS Citizens, N.A., secured by a first mortgage in the Debtor's residence at 45 Longcommon Drive, Riverside, Illinois, has been satisfied in full and the Debtor is entitled to a release of said mortgage.

Enter:

*Jacqueline P. Cox*
*J. Cox*
United States Bankruptcy Judge

Dated: AUG 2 5 2014

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

Rev: 20120501_bko