# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Edward P. Komperda | ) | Bankruptcy No. 13 B 18678 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge Jacqueline P. Cox |
| | ) | |
| | ) | |

To:   See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **November 3, 2014,** at the hour of 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Jacqueline P. Cox in Courtroom 680 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in her place and stead, and shall then and there present the attached **Debtor's Motion to Sell Real Estate**, a copy of which is hereby served upon you.  You may appear if you so choose.

>                    David P. Lloyd
>                    615B S. LaGrange Rd.
>                    LaGrange IL  60525
>                    708-937-1264
>                    Fax: 708-937-1265

## CERTIFICATE OF SERVICE

   I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 15th day of October, 2014.

>                    _____/s/ David P. Lloyd_____
>                    David P. Lloyd

## Electronic Mail Notice List

**Edward P. Komperda**

**Case 13-18678**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Monette W Cope    ecfnil@weltman.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com
- Timothy S. McFadden    tmcfadden@btlaw.com
- Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com

Service List
Edward Komperda, Debtor
Case 13-18678

Charter One Bank, N.A.
Weltman, Weinberg, & Reis
180 N. LaSalle St., Ste. 2400
Chicago, IL 60601-2704

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AT & T Universal Card-Citi
Processing Center
Des Moines, IA 50363-0001

AT&T Mobility II LLC
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A231
Bedminster, NJ 07921-2693

AT&T Universal Card-Citi Bank
Processing Center
Des Moines, IA 50363-0001

Advanced Renal Care LTD
PO Box 967
Tinley Park, IL 60477-0967

Adventist Hinsdale Hospital
75 Remittance Drive, Suite 3250
Chicago, IL 60675-3250

American Express
Optima-Platinum Card
Box 0001
Los Angeles, CA 90096-8000

American Express
US Payment Florida
2965 W. Corporate Lakes Blvd.
Fort Lauderdale, FL 33331-3626

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express-Blue Card
Box 0001
Los Angeles, CA 90096-8000

Associates in Infectious Disease
777 Oakmont Lane, Suite 1600
c/o KLO Professional Billing
Westmont, IL 60559-5577

At&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416

Baker & Miller, P.C.
29 N. Wacker Drive
Suite 500
Chicago, IL 60606-3227

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America-Visa Signature
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America-World Points
P.O. Box 851001
Dallas, TX 75285-1001

Blitt and Gaines
661 W. Glenn Ave.
Wheeling, IL 60090-6017

CERASTES, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Charter One
443 Jefferson Blvd
RJW135
Warwick RI 02886-1321

Chase
Card Member Service
P.O. Box 15153
Wilmington, DE 19886-5153

Chase
Cardmember Service
Po Box 15153
Wilmington, DE 19886-5153

Chase Bank U.S.A., N.A.-Slate Card
CardMember Service
Wilmington, DE 19886-5153

Chase-AARP
CardMember Service
Wilmington, DE 19886-5153

Chase-National Geographic
CardMember Service
PO Box 15153
Wilmington, DE 19886-5153

Chateau Village Nursing
& Rehabilitation Center
7050 W. Madison St.
Willowbrook, IL 60527-5548

Chateau Village Nursing & Rehab Center
c/o Grabows Law Center, LLC
1400 East Lake Cook Road,
Suite 110
Buffalo Grove IL 60089-1865

| | | |
|---|---|---|
| Chicago Tribune<br>435 N. Michigan Ave.<br>Chicago, IL 60611-4024 | Cimpar, S.C.<br>111 Superior St., Ste. 104<br>Melrose Park,, IL | Citi Cards<br>Processing Center<br>Des Moines, IA 50363-0001 |
| Citizen Bank, N.A. f/k/a RBS Citizens, N.A.<br>10561 Telegraph Road<br>Glen Allen, VA 23059-4577 | City of Berwyn<br>PO Box 438495<br>Chicago, IL 60643-8495 | City of Chicago<br>Department of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| City of Chicago Department of Revenue<br>c/o Arnold Scott Harris PC<br>111 W. Jackson suit 600<br>Chicago, IL 60604-3517 | Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3246 |
| DCM Services, LLC<br>7601 Penn Ave., S<br>Suite A600<br>Minneapolis, MN 55423-5004 | Discover<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Drs. Bonet & Doyle<br>Sean P. Gocke DPM<br>1415 W. 47th St.<br>La Grange, IL 60525-6149 | Emergency Healthcare Phys<br>39182 Treasury Center<br>Chicago, IL 60694-9100 |
| FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | FIA Card Services - Regions<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | GM-HSBC Card Services<br>PO Box 1099<br>Baltimore, MD 21203 |
| Grabowski Law Center, LLC<br>1400 E. Lake Cook Rd., Ste.110<br>Buffalo Grove, IL 60089-1865 | Heart Care Centers of IL<br>PO Box 766<br>Bedford Park, IL 60499-0766 | Hinsdale Orthopaedics<br>PO Box 914<br>La Grange, IL 60525-0914 |
| I. DESAI & R. Gokani, M.D., SC<br>5909 W. 35th Street<br>Cicero,  60804-4181 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A231<br>Bedminster, NJ 07921-2693 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Illinois Laboratory Medicine Assoc.<br>PO Box 5966<br>Carol Stream, IL 60197-5966 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Lucas Ambulance Services<br>PO Box 101<br>Lyons, IL 60534-0101 | MPS KOHLI MD SC<br>PO Box 970<br>Matteson, IL 60443-0970 | MRS BPO, LLC<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 |

| | | |
|---|---|---|
| MacNeal Hospital<br>2384 Paysphere Circle<br>Chicago, IL 60674-0023 | Malcolm S. Gerald & Assoc., Inc.<br>332 S. Michigan Ave., Ste 609<br>Chicago, IL 60604-4318 | Mary J. Raleigh<br>Attorney at Law<br>1011 Lake Street, Ste. 423<br>Oak Park, IL 60301-1129 |
| Merchants' Credit Guide Co.<br>223 W. Jackson Blvd., #400<br>Chicago, IL 60606-6974 | Metropolitan Advanced<br>Radiological Services, Ltd.<br>1362 Paysphere Circle<br>Chicago, IL 60674-1362 | NCB Management Services Inc.<br>PO Box 1099<br>Langhorne, PA 19047-6099 |
| NCO Financial Systems, Inc.<br>P.O. Box 15773<br>Wilmington, DE 19850-5773 | Neurologic Care Assoc., PC<br>PO Box 36174<br>Chicago, IL 60694-0001 | Northstar Location Services, LLC<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Buffalo, NY 14225-1943 |
| PNC Bank<br>PO Box 856177<br>Louisville, KY 40285-6177 | Platinum Care Ambulance<br>PO Box 2553<br>Naperville, IL 60567-2553 | Platinum Care Inc.<br>PO Box 2553<br>Naperville, IL 60567-2553 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Potestivo & Assoc, P.C.<br>223 W. Jackson Blvd.<br>Suite 610<br>Chicago, IL 60606-6911 | Quest Diagnostics<br>P.O. Box 809403<br>Chicago, IL 60680-9403 |
| RBS Citizens, N.A.<br>10561 Telegraph Road,<br>Glen Allen, VA 23059-4577 | RBS Citizens, N.A.<br>c/o Fisher & Shapiro<br>2121 Waukegan Rd., Suite 301<br>Bannockburn, IL 60015-1831 | RBS Citizens, N.A.<br>c/o Potestivo & Associates, P.C.<br>223 W. Jackson Blvd., Suite 610<br>Chicago, IL 60606-6911 |
| Stephen Sokalski, DO LTD.<br>777 Oakmont Lane, Ste 1600<br>c/o KLO Professional Billing<br>Westmont, IL 60559-5577 | Stillpoint Mental Health<br>201 E. Ogden Ave., Ste 116<br>Hinsdale, IL 60521-3655 | Suburban Radiologists SC<br>1446 Momentum Place<br>Chicago, IL 60689-5314 |
| Superior Air-Ground Ambulance Servi<br>395 W. Lake Street<br>Elmhurst, IL 60126-1508 | Superior Air-Ground Ambulance Servi<br>PO Box 1407<br>Elmhurst, IL 60126-8407 | Superior Air-Ground Ambulance Servi<br>PO Box 147<br>Elmhurst, IL 60126-0147 |
| The Bureaus, Inc.<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | David P Lloyd<br>David P. Lloyd, Ltd.<br>615B S. LaGrange Rd.<br>LaGrange, IL 60525 | Edward P. Komperda<br>C/O Mark Komperda<br>2925 Lincoln<br>Riverside, IL 60546-1659 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Edward P. Komperda | ) | Bankruptcy No. 13 B 18678 |
| | ) | Chapter 13 |
| Debtor | ) | Judge Jacqueline P. Cox |

### DEBTOR'S MOTION TO SELL REAL ESTATE

NOW COMES the Debtor, Edward P. Komperda, by and through his attorneys, David P. Lloyd, Ltd., and move this honorable Court for authority to sell property of the estate, and in support thereof state as follows:

1. The Debtor commenced this case by filing a voluntary Chapter 13 petition on May 1, 2013.

2. The Debtor owns the real estate commonly known as 45 Longcommon, Riverside, Illinois (the "Property"), which the Debtor uses as his residence. The Debtor properly scheduled the property as an asset in Schedule A. The value of the property was scheduled at $325,000, subject to a first and second mortgage in favor of RBS Citizens, N.A., as holder or servicer.

3. The Debtor wishes to sell the Property and has entered into a contract for the sale of the property for $357,500.00, above the scheduled value of the Property. A copy of the Contract is attached hereto as Exhibit "A."

4. The Debtor believes that the $357,500.00 purchase price under the proposed Contract is a fair and reasonable price for the subject property.

5. The Debtor's confirmed plan provides for turnover of all net proceeds of the sale of the Property, or such amount as is sufficient to pay all claims, to the Trustee. The Debtor intends to

obtain a payoff statement from the Trustee, and to provide a closing statement to the Trustee along with payment of the net proceeds.

6. The closing date under the contract is November 14, 2014. The Debtor has provided notice of this motion to all creditors and parties in interest. In order to have the sale approved in time to meet the closing date under the contract, the Debtor requests that notice actually given be deemed sufficient, and that the automatic stay provision of Rule 6004(h) be waived.

WHEREFORE the Debtor prays for authority to sell the property commonly known as 45 Longcommon, Riverside, Illinois, pursuant to the attached contract, to take all steps necessary to close the sale of the subject property, and to pay the broker's commission, liens, and all customary expenses and prorations at closing.

                                                    Respectfully submitted,
                                                    Edward P. Komperda


                                                    By:___/s/ David P. Lloyd_____
                                                          One of his attorneys

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265