# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–18678**
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Edward P. Komperda
   C/O Mark Komperda
   2925 Lincoln
   Riverside, IL 60546

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9097

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

    If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>November 5, 2014</u>　　　　　　　　　<u>Jeffrey P. Allsteadt, Clerk</u>
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                         Case No. 13-18678-JPC
Edward P. Komperda                                             Chapter 13
       Debtor                 CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales             Page 1 of 3                  Date Rcvd: Nov 05, 2014
                              Form ID: b18w               Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2014.
db            +Edward P. Komperda,   C/O Mark Komperda,   2925 Lincoln,   Riverside, IL 60546-1659
20431138       Advanced Renal Care LTD,   PO Box 967,   Tinley Park, IL 60477-0967
20431139       Adventist Hinsdale Hospital,   75 Remittance Drive, Suite 3250,   Chicago, IL 60675-3250
20431143       Associates in Infectious Disease,   777 Oakmont Lane, Suite 1600,
               c/o KLO Professional Billing,   Westmont, IL 60559-5577
20431151      +Blitt and Gaines,   661 W. Glenn Ave.,   Wheeling, IL 60090-6017
20503485      +Charter One,   443 Jefferson Blvd,   RJW135,   Warwick RI 02886-1321
20431155       Chase Bank U.S.A., N.A.-Slate Card,   CardMember Service,   Wilmington, DE 19886-5153
20431158       Chateau Village Nursing,   & Rehabilitation Center,   7050 W. Madison St.,
               Willowbrook, IL 60527-5548
20521668      +Chateau Village Nursing & Rehab Center,   c/o Grabows Law Center, LLC,
               1400 East Lake Cook Road,,   Suite 110,   Buffalo Grove IL 60089-1865
20431161       Cimpar, S.C.,   111 Superior St., Ste. 104,   Melrose Park,, IL
22118885      +Citizen Bank, N.A. f/k/a RBS Citizens, N.A.,   10561 Telegraph Road,
               Glen Allen, VA 23059-4577
20431164       City of Chicago,   Department of Revenue,   PO Box 88292,   Chicago, IL 60680-1292
20544683      +City of Chicago Department of Revenue,   c/o Arnold Scott Harris PC,   111 W. Jackson suit 600,
               Chicago, IL 60604-3517
20431165       Comcast Cable,   PO Box 3002,   Southeastern, PA 19398-3002
20431167       DCM Services, LLC,   7601 Penn Ave., S,   Suite A600,   Minneapolis, MN 55423-5004
20431170      +Drs. Bonet & Doyle,   Sean P. Gocke DPM,   1415 W. 47th St.,   La Grange, IL 60525-6149
20431171       Emergency Healthcare Phys,   39182 Treasury Center,   Chicago, IL 60694-9100
20566127      +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
20431173      +GM-HSBC Card Services,   PO Box 1099,   Baltimore, MD 21203
20431176       Hinsdale Orthopaedics,   PO Box 914,   La Grange, IL 60525-0914
20431177      +I. DESAI & R. Gokani, M.D., SC,   5909 W. 35th Street,   Cicero, 60804-4181
20431178       Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
20431179       Illinois Laboratory Medicine Assoc.,   PO Box 5966,   Carol Stream, IL 60197-5966
20431181      +Lucas Ambulance Services,   PO Box 101,   Lyons, IL 60534-0101
20431189      +MRS BPO, LLC,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
20431182       MacNeal Hospital,   2384 Paysphere Circle,   Chicago, IL 60674-0023
20431183      +Malcolm S. Gerald & Assoc., Inc.,   332 S. Michigan Ave., Ste 600,   Chicago, IL 60604-4318
20431185      +Mary J. Raleigh,   Attorney at Law,   1011 Lake Street, Ste. 423,   Oak Park, IL 60301-1129
20431186      +Merchants' Credit Guide Co.,   223 W. Jackson Blvd., #400,   Chicago, IL 60606-6974
20431187       Metropolitan Advanced,   Radiological Services, Ltd.,   1362 Paysphere Circle,
               Chicago, IL 60674-1362
20431190      +NCB Management Services Inc.,   PO Box 1099,   Langhorne, PA 19047-6099
20431192       Neurologic Care Assoc., PC,   PO Box 36174,   Chicago, IL 60694-0001
20431193       Northstar Location Services, LLC,   Attn: Financial Services Dept.,   4285 Genesee St.,
               Buffalo, NY 14225-1943
20431196       PNC Bank,   PO Box 856177,   Louisville, KY 40285-6177
20431194       Platinum Care Ambulance,   PO Box 2553,   Naperville, IL 60567-2553
20431195       Platinum Care Inc.,   PO Box 2553,   Naperville, IL 60567-2553
20431197      +Potestivo & Assoc, P.C.,   223 W. Jackson Blvd.,   Suite 610,   Chicago, IL 60606-6911
20431198       Quest Diagnostics,   P.O. Box 809403,   Chicago, IL 60680-9403
20854279      +RBS Citizens, N.A.,   10561 Telegraph Road,,   Glen Allen, VA 23059-4577
20431199      +RBS Citizens, N.A.,   c/o Fisher & Shapiro,   2121 Waukegan Rd., Suite 301,
               Bannockburn, IL 60015-1831
20431200      +RBS Citizens, N.A.,   c/o Potestivo & Associates, P.C.,   223 W. Jackson Blvd., Suite 610,
               Chicago, IL 60606-6911
20431201       Stephen Sokalski, DO LTD.,   777 Oakmont Lane, Ste 1600,   c/o KLO Professional Billing,
               Westmont, IL 60559-5577
20431202      +Stillpoint Mental Health,   201 E. Ogden Ave., Ste 116,   Hinsdale, IL 60521-3655
20431203       Suburban Radiologists SC,   1446 Momentum Place,   Chicago, IL 60689-5314
20431204      +Superior Air-Ground Ambulance Servi,   395 W. Lake Street,   Elmhurst, IL 60126-1508
20431206       Superior Air-Ground Ambulance Servi,   PO Box 1407,   Elmhurst, IL 60126-8407
20431205      +Superior Air-Ground Ambulance Servi,   PO Box 147,   Elmhurst, IL 60126-0147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20431144       EDI: CITICORP.COM Nov 06 2014 00:13:00      AT & T Universal Card-Citi,   Processing Center,
               Des Moines, IA 50363-0001
20442940      +EDI: CINGMIDLAND.COM Nov 06 2014 00:13:00      AT&T Mobility II LLC,   % AT&T Services, Inc,
               Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A231,   Bedminster, NJ 07921-2693
20431146       EDI: CITICORP.COM Nov 06 2014 00:13:00      AT&T Universal Card-Citi Bank,   Processing Center,
               Des Moines, IA 50363-0001
20431140       EDI: AMEREXPR.COM Nov 06 2014 00:13:00      American Express,   Optima-Platinum Card,   Box 0001,
               Los Angeles, CA 90096-8000
20431141       EDI: AMEREXPR.COM Nov 06 2014 00:13:00      American Express,   US Payment Florida,
               2965 W. Corporate Lakes Blvd.,   Fort Lauderdale, FL 33331-3626
21015581       EDI: BECKLEE.COM Nov 06 2014 00:13:00      American Express Centurion Bank,
               c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20431142       EDI: AMEREXPR.COM Nov 06 2014 00:13:00      American Express-Blue Card,   Box 0001,
               Los Angeles, CA 90096-8000
```

```
District/off: 0752-1           User: ccabrales              Page 2 of 3                   Date Rcvd: Nov 05, 2014
                               Form ID: b18w                Total Noticed: 79

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20431145       EDI: CINGMIDLAND.COM Nov 06 2014 00:13:00      At&T Mobility,    PO Box 6416,
                Carol Stream, IL 60197-6416
20431148       EDI: BANKAMER.COM Nov 06 2014 00:13:00      Bank of America,    P.O. Box 851001,
                Dallas, TX 75285-1001
20431149       EDI: BANKAMER.COM Nov 06 2014 00:13:00      Bank of America-Visa Signature,    P.O. Box 851001,
                Dallas, TX 75285-1001
20431150       EDI: BANKAMER.COM Nov 06 2014 00:13:00      Bank of America-World Points,    P.O. Box 851001,
                Dallas, TX 75285-1001
20584871      +E-mail/Text: bncmail@w-legal.com Nov 06 2014 00:46:58      CERASTES, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20431152       EDI: CAPITALONE.COM Nov 06 2014 00:13:00      Capital One,    PO Box 6492,
                Carol Stream, IL 60197-6492
20431154       EDI: CHASE.COM Nov 06 2014 00:13:00      Chase,    Card Member Service,    P.O. Box 15153,
                Wilmington, DE 19886-5153
20431153       EDI: CHASE.COM Nov 06 2014 00:13:00      Chase,    Cardmember Service,    Po Box 15153,
                Wilmington, DE 19886-5153
20431156       EDI: CHASE.COM Nov 06 2014 00:13:00      Chase-AARP,    CardMember Service,
                Wilmington, DE 19886-5153
20431157       EDI: CHASE.COM Nov 06 2014 00:13:00      Chase-National Geographic,    CardMember Service,
                PO Box 15153,    Wilmington, DE 19886-5153
20431160      +E-mail/Text: collections@bluelynxmedia.com Nov 06 2014 00:48:38       Chicago Tribune,
                435 N. Michigan Ave.,    Chicago, IL 60611-4024
20431162       EDI: CITICORP.COM Nov 06 2014 00:13:00      Citi Cards,    Processing Center,
                Des Moines, IA 50363-0001
20431166      +EDI: CCS.COM Nov 06 2014 00:13:00      Credit Collection Services,    Two Wells Avenue,
                Newton Center, MA 02459-3246
20431168       EDI: DISCOVER.COM Nov 06 2014 00:13:00      Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
20447256       EDI: DISCOVER.COM Nov 06 2014 00:13:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
20431169       EDI: DISCOVER.COM Nov 06 2014 00:13:00      Discover Card,    PO Box 6103,
                Carol Stream, IL 60197-6103
20431172       EDI: BANKAMER.COM Nov 06 2014 00:13:00      FIA Card Services - Regions,    P.O. Box 851001,
                Dallas, TX 75285-1001
20431174      +E-mail/Text: dsolideo@glc-law.com Nov 06 2014 00:39:34      Grabowski Law Center, LLC,
                1400 E. Lake Cook Rd., Ste.110,    Buffalo Grove, IL 60089-1865
20431175       E-mail/Text: tkowalczyk@heartcc.com Nov 06 2014 00:49:15      Heart Care Centers of IL,
                PO Box 766,    Bedford Park, IL 60499-0766
20442934      +EDI: ATTWIREBK.COM Nov 06 2014 00:13:00      Illinois Bell Telephone Company,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,
                Bedminster, NJ 07921-2693
20431180       EDI: IRS.COM Nov 06 2014 00:13:00      Internal Revenue Service,
                Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
20873185       EDI: JEFFERSONCAP.COM Nov 06 2014 00:13:00      Jefferson Capital Systems LLC,
                Purchased From GLOBAL ACCEPTANCE CREDIT,    PO BOX 7999,    SAINT CLOUD MN 56302-9617,
                Orig By: CHASE BANK USA
20431191       E-mail/Text: bankruptcydepartment@ncogroup.com Nov 06 2014 00:47:04       NCO Financial Systems, Inc.,    P.O. Box 15773,    Wilmington, DE 19850-5773
21044102       EDI: PRA.COM Nov 06 2014 00:13:00      Portfolio Recovery Associates, LLC,
                successor to CHASE BANK USA N.A.,    PO Box 41067,    Norfolk, VA 23541
21185324       EDI: RECOVERYCORP.COM Nov 06 2014 00:13:00      The Bureaus, Inc.,
                c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21057650*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20431159*       Chateau Village Nursing &,    Rehabilitation Center,    7050 W. Madison Street,
                 Willowbrook, IL 60527-5548
20431184*      +Malcolm S. Gerald & Assoc., Inc.,    332 S. Michigan Ave., Ste. 600,    Chicago, IL 60604-4318
20431147      ##+Baker & Miller, P.C.,    29 N. Wacker Drive,    Suite 500,    Chicago, IL 60606-3227
20431163      ##+City of Berwyn,    PO Box 438495,    Chicago, IL 60643-8495
20431188      ##+MPS KOHLI MD SC,    PO Box 970,    Matteson, IL 60443-0970
                                                                                   TOTALS: 0, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: ccabrales            Page 3 of 3          Date Rcvd: Nov 05, 2014
                              Form ID: b18w              Total Noticed: 79
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2014 at the address(es) listed below:
              David P Lloyd    on behalf of Debtor Edward P. Komperda courtdocs@davidlloydlaw.com
              Monette W Cope    on behalf of Creditor    Charter One Bank, N.A. ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy S. McFadden    on behalf of Creditor    RBS Citizens NA tmcfadden@btlaw.com
              Tom  Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                          TOTAL: 5
```