UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Edward P. Komperda<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  13-18678<br><br>Chapter:  13<br>Honorable Jacqueline Cox |

## ORDER AUTHORIZING SALE OF REAL ESTATE

THIS CAUSE coming on to be heard on the Motion of Edward P. Komperda, the Debtor, to sell real estate commonly known as 45 Longcommon Drive, Riverside, Illinois (the "subject property"), due notice having been given, the Court finding that the sale of the subject property under the terms and conditions of the Contract affixed to the Debtors' motion is in the best interest of the estate, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED:
1. The Debtor is authorized to sell the subject property pursuant to the Contract attached to the Debtors' motion.
2. The Debtor is authorized to take all steps necessary to prepare for the closing of the sale of the subject property, including, but not limited to, obtaining a title commitment and survey and paying all certification fees, utility payments and certifications.
3. The Debtor is authorized, at the closing of the sale, to pay all expenses, and to make all prorations, typically associated with closing, including but not limited to satisfaction of all liens, title and related charges, survey costs, real estate taxes, transfer taxes, utility charges, assessments, certifications, and all other charges normally associated with closing.
4. The Debtor shall deposit all net proceeds of sale, after payment of the expenses and prorations in Paragraphs 2 and 3, or such amount as is necessary to pay all claims as provided by a payoff statement obtained from the Trustee, with the Trustee, and shall deliver to the Trustee a copy of the HUD-1 or other settlement statement showing the disbursement of all sale proceeds.
5. For good cause shown, notice actually given of the Debtor's motion is deemed sufficient, and the 14-day stay of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: NOV 17 2014

United States Bankruptcy Judge

**Prepared by:**
David P. Lloyd
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265

Rev: 20120501_bko